Scott Maurer – BAR NO. 180830
(smaurer@scu.edu)
ALEXANDER COMMUNITY LAW CENTER
1030 The Alameda
San José, CA 95126
Phone: (408) 288-7030
Fax:    (408) 288-3581

William E. Kennedy, BAR NO. 158214
(willkennedy@pacbell.net)
LAW OFFICES OF WILLIAM E. KENNEDY
2797 Park Ave #201
Santa Clara, CA 95050
Phone: (408) 241-1000
Fax:    (408) 241-1500

Dori Rose Inda, C.S.B. #211866
(dorir@watsonvillelawcenter.org)
WATSONVILLE LAW CENTER
521 Main Street, Suite H
Watsonville, CA 95076
Phone: (831) 722-2845
Fax:    (831) 761-3295

Attorneys for Plaintiff Eliseo Navarrete and all others similarly situated

IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH MEDRANO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ROMOS AUTO SALES, LLC<br><br>Defendant | Case No.: C-08-00872 RS<br><br>ASSOCIATION OF COUNSEL |

1

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE that the KATHARINE AND GEORGE ALEXANDER COMMUNITY LAW CENTER, counsel for plaintiff Elizabeth Medrano and the members of the proposed class hereby associate WILLIAM E. KENNEDY, 2797 Park Ave, #201, Santa Clara, CA. 95050; (408) 241-1000 and DORI ROSE INDA, 521 Main Street, Ste. H, Watsonville, CA. 95076; (831) 722-2845.

It is requested that all offices be served with all further correspondence, documents, discovery, and pleadings.

Dated: April 30, 2008

ALEXANDER COMMUNITY LAW CENTER

/s/
Scott Maurer, SBN 180830
(smaurer@scu.edu)
Attorney for Plaintiff Elizabeth Medrano and
the members of the Proposed Class

THE ABOVE ASSOCIATION OF COUNSEL IS ACCEPTED

Dated: April 30, 2008

/s/
William E. Kennedy, SBN 158214
(wkennedy@pacbell.net)

Dated: April 30, 2008

/s/
Dori Rose Inda, SBN 211866
(dori@watsonvillelawcenter.org)

2

Association of Counsel