UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH MEDRANO, on behalf of herself and all others similarly situated,

Plaintiff(s),

v.

ROMOS AUTO SALES LLC,

Defendant(s).

No. C 08-00872 RS

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 5/16/08

Signature _____

Counsel for Defendant
(Plaintiff, Defendant, or indicate "pro se")