**E-filed 5/19/08**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA
SAN JOSE DIVISION

ELIZABETH MEDRANO,

    Plaintiff,

     v.

ROMOS AUTO GROUP, LLC.,

    Defendant.
_____

No. C-08-872-JF/RS

Clerks's Notice

To: All Counsel and Parties in the above named action.

Due to a recent reassignment of this matter, the Court has rescheduled the Case Management Conference currently scheduled for May 28, 2008. The new hearing date is Friday, June 13, 2008 at 10:30 AM.   The parties may appear by telephone by contacting Court Call at 866-582-6878 in advance of the hearing.

Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.

Dated: 5/19/08                          For the Court,
                                      Richard W. Wieking, Clerk

                                      Diana Munz
                                      electronic signature
                                      Courtroom Deputy