Rebecca Connolly, Esq. SBN 145482
GRUNSKY, EBEY, FARRAR & HOWELL
A Professional Corporation
240 Westgate Drive
Watsonville, CA 95076
Telephone (831)722-2444
Facsimile  (831)722-6153

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH MEDRANO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ROMOS AUTO SALES LLC,<br><br>Defendant. | No.   C08-0872 JF (RS)<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER**<br><br>Date:   June 13, 2008<br>Time:  10:30 a.m.<br>Dept:  Courtroom 3, Fifth Floor<br><br>Honorable Jeremy Fogel |

   The undersigned parties hereby stipulate that good cause exists for a continuance of the Case Management Conference currently set for June 13, 2008 because the both counsel for plaintiff and counsel for defendant are unavailable on June 13, 2008. Counsel for defendant is also unavailable on July 18, 2008.  Accordingly, the parties hereby jointly request that the Case Management Conference be continued to July 11, 2008 or to another date convenient to the Court

   IT IS SO STIPULATED:

DATED:   _____May 30, 2008_____     ALEXANDER COMMUNITY LAW CENTER


                                          By_____/s/_____
                                            Scott Maurer, Attorneys for Plaintiff

- 1 -

ROMO19906/stip-cmc.doc
**C 08-0872 JF**
**Stipulation to Continue Case Management Conference; Order**

| | |
|---|---|
| 1 | |
| 2 | DATED: _____May 30, 2008_____    GRUNSKY, EBEY, FARRAR & HOWELL |
| 3 | |
| 4 | By____/s/_____ |
| 5 |      Rebecca Connolly, Attorneys for Defendant |
| 6 | |
| 7 |      PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the Case Management |
| 8 | Conference currently scheduled for June 13, 2008 is continued to ____8/8/08_____ at |
| 9 | __10:30 AM__. |
| 10 | |
| 11 | |
| 12 | DATED: __6/12/08_____    _____ |
| 13 |      Jeremy Fogel |
|    |      United States District Judge |

- 2 -

ROMO19906/stip-cmc.doc
**C 08-0872 JF**
**Stipulation to Continue Case Management Conference; Order**

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Rebecca Connolly, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of May, 2008, at Watsonville, California.

By:    /s/ *Rebecca Connolly*
        Rebecca Connolly