Scott Maurer, C.S.B. #180830
Roy Lin, C.L.S. ##20333
KATHARINE & GEORGE ALEXANDER
COMMUNITY LAW CENTER
1030 The Alameda
San Jose, CA 95126
Phone: (408) 288-7030
Fax: (408) 288-3581

William E. Kennedy, C.S.B. #158214
LAW OFFICES OF WILLIAM E. KENNEDY
2797 Park Ave, #201
Santa Clara, CA 95050
Phone: (408) 241-1000
Fax: (408) 241-1500

Dori Rose Inda, C.S.B. # 211866
WATSONVILLE LAW CENTER
521 Main Street, Suite H
Watsonville, CA 95076
Phone: (831) 722-2845
Fax: (831) 761-3295

Attorneys for Plaintiff Elizabeth Medrano
and others similarly situated

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

| | |
|---|---|
| ELIZABETH MEDRANO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>ROMOS AUTO GROUP, LLC,<br><br>Defendant. | Case No.: C 08-00872 RS<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS<br><br>[Civil Local Rule 3-16] |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the Plaintiff is unaware of any other entity who has either (i) a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) a non –financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

WATSONVILLE LAW CENTER
LAW OFFICES OF WILLIAM E. KENNEDY
ALEXANDER COMMUNITY LAW CENTER

Dated:  July 18, 2008

_____/s/_____
By: Scott Maurer, Attorney

For Plaintiff ELIZABETH MEDRANO
and the Members of the Proposed Class

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS