# UNITED STATES DISTRICT COURT
## JUDGE JEREMY FOGEL, PRESIDING
### COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference,  August 8, 2008
**Case Number:** CV-08-872-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**          **ELIZABETH MEDRANO  V.  ROMOS AUTO GROUP, LLC**

**PLAINTIFF**                              **DEFENDANT**

Attorneys Present:  Scott Maurer          Attorneys Present:  Rebecca Connolly

---

PROCEEDINGS:

    Case management conference held.  Parties are present.  The case is referred to Magistrate Judge Seeborg for settlement conference, to occur prior to 11/7/08.  Continued to 11/7/08 at 10:30 a.m. for further case management conference.