Rebecca Connolly, Esq. SBN 145482
GRUNSKY, EBEY, FARRAR & HOWELL
A Professional Corporation
240 Westgate Drive
Watsonville, CA 95076
Telephone (831)722-2444
Facsimile  (831)722-6153

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH MEDRANO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ROMOS AUTO SALES LLC,<br><br>Defendant. | No.   C08-0872 JF (RS)<br><br>**STIPULATION TO REFER CASE TO MAGISTRATE JUDGE LLOYD FOR SETTLEMENT CONFERENCE**<br><br>Honorable Jeremy Fogel |

The undersigned parties hereby stipulate that good cause exists for referring this case to Magistrate Judge Lloyd to conduct a settlement conference prior to the next scheduled Case Management Conference currently set for November 7, 2008.  The parties have attempted to schedule a settlement conference with Magistrate Judge Seeborg during the month of October, but have been unable to schedule a date when all participants are available.   Magistrate Judge Seeborg's calendar in October is fully scheduled on dates that the parties and counsel are available.  Currently, Magistrate Judge Lloyd has an opening on October 29, 2008 for a settlement conference.  Accordingly, the parties hereby jointly request that case be referred to Magistrate Judge Lloyd to conduct a settlement conference.

//

ROMO19906/stip-settlementconfence.doc
**C 08-0872 JF (RS)**
**Stipulation to Refer for Settlement Conference; Order**

1  IT IS SO STIPULATED:

2

3  DATED:   August 28, 2008                    ALEXANDER COMMUNITY LAW CENTER

4
5                                              By   */s/*
                                                  Scott Maurer, Attorneys for Plaintiff
6

7
8  DATED:   August 28, 2008                    GRUNSKY, EBEY, FARRAR & HOWELL

9

10
11                                             By   */s/*
                                                  Rebecca Connolly, Attorneys for Defendant
12

13     PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that this matter is referred to

14  Magistrate Judge Lloyd to conduct a settlement conference.

15

16

17  DATED:   9/3/08                             _____
18                                              Jeremy Fogel
                                                United States District Judge
19

- 2 -

ROMO19906/stip-settlementconfence.doc
**C 08-0872 JF (RS)**
**Stipulation to Refer for Settlement Conference; Order**

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Rebecca Connolly, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of August, 2008, at Watsonville, California.

By:    */s/ Rebecca Connolly*
       Rebecca Connolly

- 3 -

ROMO19906/stip-settlementconfence.doc
**C 08-0872 JF (RS)**
**Stipulation to Refer for Settlement Conference; Order**