**\*E-FILED 12/11/2008\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH MEDRANO, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>ROMOS AUTO SALES LLC,<br><br>　　　　　Defendant.<br>_____/ | No. C08-00872 JF (HRL)<br><br>**ORDER VACATING SETTLEMENT CONFERENCE DATE AND SETTING TELEPHONE CONFERENCE** |

　　　Good cause appearing, the further settlement conference now scheduled for December 15, 2008 is vacated. Counsel for the parties are directed to arrange a telephone conference call between themselves and then jointly call the court (408-535-5411) at **9:30 a.m. on December 15, 2008** to discuss rescheduling the further settlement conference.

　　　SO ORDERED.

Dated:　December 11, 2008

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HOWARD R. LLOYD
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1  **5:08-cv-872 Notice has been electronically mailed to:**

2  Dori Rose Inda   dorir@watsonvillelawcenter.org

3  Rebecca Connolly   Rebecca.Connolly@grunskylaw.com, Alice.Wilkerson@grunskylaw.com

4  Roy Lin   rlin@scu.edu

5  Scott C. Maurer   smaurer@scu.edu

6  William Eric Kennedy   willkennedy@pacbell.net

7  **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.