**\*E-FILED 12/15/2008\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH MEDRANO, on behalf of herself and all others similarly situated, | No. C08-00872 JF (RS) |
| Plaintiff, | **ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |
| v. | |
| ROMOS AUTO SALES LLC, | |
| Defendant. | |

The parties shall appear for a further settlement conference on **January 16, 2009, 9:30 a.m. in Courtroom 2**. No later than **January 14, 2009**, each party shall deliver a confidential settlement letter to the court in accordance with the undersigned's Standing Order re Settlement Conference Procedures.

SO ORDERED.

Dated:   December 15, 2008

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:08-cv-872 Notice has been electronically mailed to:**

Dori Rose Inda dorir@watsonvillelawcenter.org

Rebecca Connolly Rebecca.Connolly@grunskylaw.com, Alice.Wilkerson@grunskylaw.com

Roy Lin rlin@scu.edu

Scott C. Maurer smaurer@scu.edu

William Eric Kennedy willkennedy@pacbell.net

Randall Edmans Willoughby rew@wsblaw.net

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.