Submitting Counsel Appear on Signature Page                    **E-Filed 3/18/09**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH MEDRANO, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ROMO'S AUTO SALES, LLC,<br><br>Defendant. | Case No.: C08-00872 JF<br>ORDER APPROVING<br>STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE<br><br>Date:       March 20, 2009<br>Time:       9:00 a.m.<br>Courtroom:  3<br>Hon. Jeremy Fogel |

The Parties hereby stipulate as follows:

WHEREAS, a Further Case Management Conference is scheduled in this matter for March 20, 2009; and

WHEREAS, the parties believe that they are close to finalizing a settlement of the above-referenced matter to present to this court for approval;

THE PARTIES HEREBY STIPULATE that the Further Case Management Conference set for March 20, 2009 be vacated, and that the Further Case Management Conference be continued approximately thirty days to April 24, 2009 at 10:30 a.m. or to such date thirty or more days hence as may be convenient for the court.

//

STIULATION TO CONTINUE CASE MANAGEMENT CONF.     N.D. Cal. Case C08-00872 JF

1     IT IS SO STIPULATED.

4 DATED: March 16, 2009

ALEXANDER COMMUNITY LAW CENTER

By:   Scott Maurer (#180830)
Attorneys for Plaintiff ELIZABETH MEDRANO and the Proposed Class

11 DATED: March 16, 2009

WILLOUGHBY, STUART & BENING

By:   George W. Dowell (#234759)
Attorneys for Defendant ROMOS AUTO SALES, LLC

**IT IS SO ORDERED**

18 DATED:  3/18/09 , 2009

U.S. District Court Judge Jeremy Fogel

STIULATION TO CONTINUE CASE MANAGEMENT CONF.  N.D. Cal. Case C08-00872 JF