1  Submitting Counsel Appear on Signature Page          **E-Filed 5/27/09**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH MEDRANO, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ROMO'S AUTO SALES, LLC,<br><br>Defendant. | Case No.: C08-00872 JF<br><br>**STIPULATION AND [PROPOSED] ORDER SHORTENING TIME FOR MOTION FOR PRELIMINARY APPROVAL** |

WHEREAS the parties have agreed to settle the above-referenced matter on a class-wide basis; and,

WHEREAS the parties believe - given that no opposition or reply papers will be filed - that a motion for preliminary approval can and should be heard on shortened time; and,

WHEREAS the parties are all available on June 19, 2009 at 9:00 for such a hearing,

THE PARTIES HEREBY STIPULATE that the Motion for Preliminary Approval of Class Action Settlement should be heard on June 19, 2009 at 9:00 a.m.

//

STIULATION SHORTENING TIME     N.D. Cal. Case C08-00872 JF

1  IT IS SO STIPULATED.

2

3

4

5  DATED: May 21, 2009                  WATSONVILLE LAW CENTER

6                                        LAW OFFICES OF WILLIAM E. KENNEDY

7                                        ALEXANDER COMMUNITY LAW CENTER

8

9                                              _____/s/_____
                                         By:   Scott Maurer (#180830)
10                                       Attorneys for Plaintiff ELIZABETH
                                         MEDRANO and the Proposed Class
11

12
   DATED: May 21, 2009                   THARPE & HOWELL
13

14

15                                             _____/s/_____
                                         By:   Jeff Hinrichsen (#204269)
16                                       Attorneys for Defendant ROMOS AUTO
                                         SALES, LLC
17

18  **IT IS SO ORDERED**

19

20
    DATED:  May 22      , 2009           _____
21                                       U.S. District Court Judge Jeremy Fogel

22

23

24

25

26

27

28

STIULATION SHORTENING TIME    N.D. Cal. Case C08-00872 JF