Scott Maurer, C.S.B. #180830
smaurer@scu.edu
KATHARINE AND GEORGE ALEXANDER COMMUNITY LAW CENTER
1030 The Alameda
San Jose, CA  95126
Tel.:  (408) 288-7030
Fax:  (408) 288-3581

William E. Kennedy, C.S.B. #158214
willkennedy@pacbell.net
LAW OFFICES OF WILLIAM E. KENNEDY
2797 Park Avenue, Suite 201
Santa Clara, CA  95050
Tel.:  (408) 241-1000
Fax: (408) 241-1500

Dori Rose Inda, C.S.B. #211866
dorir@watsonvillelawcenter.org
Henry W. Martin, C.S.B. #232106
WATSONVILLE LAW CENTER
521 Main Street, Suite H
Watsonville, CA  95067
Tel.:  (831) 722-2845
Fax: (831) 761-3295

Attorneys for Plaintiff Elizabeth Medrano
and others similarly situated

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH MEDRANO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ROMO'S AUTO SALES, LLC,<br><br>Defendant. | ) Case No.: C08-00872 JF<br>)<br>)<br>) **STIPULATION AND [PROPOSED]**<br>) **ORDER ADJUSTING TIMETABLE FOR**<br>) **MAILING CLASS NOTICE**<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION**

Each of the parties in this action, by and through their respective attorneys of record, hereby stipulate as follows:

WHEREAS, on June 19, 2009, this Court granted Plaintiff's motion Conditionally Certifying a Settlement Class; and,

WHEREAS, in the Court's Order Conditionally Certifying a Settlement Class, the Court set forth a timetable for compilation of the class list, drafting and mailing the class notice, allowing class members to exclude themselves from the class, and reporting the results of this process to the Court, and set a Hearing for Final Approval for November 6, 2009;

WHEREAS, the parties encountered a disagreement as to the meaning of "list of class members and their addresses as derived from its records" in ¶4.03 of the Settlement Agreement, and this disagreement has been resolved, its resolution resulted in a one week delay in the mailing of class notices;

NOW THEREFORE, the parties stipulate to a new timetable for compilation of the class list and mailing the class notice, as follows:

1. The Court orders class members' names and addresses will be provided, as set forth in ¶4.03 of the Settlement Agreement, by the Defendant to the Class Administrator by July 24, 2009;

2. Notice shall be mailed by the Class Administrator to affected persons by July 31, 2009;

//
//

3. The Class Administrator will take actions required pursuant to ¶4.03 of the Settlement Agreement if the Notice is returned, in order to provide adequate notice to the Class.

**IT IS SO STIPULATED.**

DATED:  July 24, 2009          WATSONVILLE LAW CENTER

                    By:     /s/ Dori Rose Inda
                            DORI ROSE INDA
                            Attorneys for Plaintiff Elizabeth Medrano and the
                            Settlement Class

DATED:  July 24, 2009          LAW OFFICE OF WILLIAM E. KENNEDY

                    By:     /S/
                            WILLIAM E. KENNEDY
                            Attorneys for Plaintiff Elizabeth Medrano and the
                            Settlement Class

DATED:  July 24, 2009          THARPE & HOWELL

                    By:     /S/
                            JEFFREY HINRICHSEN, ESQ.
                            Attorneys for Defendant Romo's Auto Sales, LLC

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Dori Rose Inda, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on July 24, 2009, at Watsonville, California.

DATED:  July 24, 2009          WATSONVILLE LAW CENTER

                    By:     /s/ Dori Rose Inda
                            DORI ROSE INDA

STIPULATION AND [PROPOSED] ORDER ADJUSTING TIMETABLE FOR
MAILING CLASS NOTICE

**ORDER**

Having read and considered all papers provided, and having reviewed the parties' stipulation for compilation of the class list and the class notice,

THE COURT HEREBY ORDERS AS FOLLOW:

1. The Court orders class members' names and addresses will be provided, as set forth in ¶4.03 of the Settlement Agreement, by the Defendant to the Class Administrator by July 24, 2009;

2. Notice shall be mailed by the Class Administrator to affected persons by July 31, 2009;

3. The Class Administrator will take actions required pursuant to ¶4.03 of the Settlement Agreement if the Notice is returned, in order to provide adequate notice to the Class.

DATED: 8/10/09

The Honorable Jeremy Fogel
United States District Court Judge