*E-FILED 11-04-2009*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH MEDRANO on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br>　v.<br><br>ROMOS AUTO SALES, LLC,<br><br>　　　　Defendant. | No. C08-00872 JF (RS)<br><br>**ORDER GRANTING DEFENSE COUNSEL'S REQUEST FOR TELEPHONIC APPEARANCE**<br><br>[Re: Docket No. 51] |

Good cause appearing, the court grants defense attorney Jeffrey Hinrichsen's request to appear by telephone at the November 6, 2009, 9:00 a.m. hearing for final approval of the settlement. Counsel shall initiate the call to the court at 408-808-3980 at the time appointed for the hearing.

SO ORDERED.

Dated:　November 4, 2009

　　　　　　　　　　　　　　　　　　　　　HOWARD R. LLOYD
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

5:08-cv-00872-JF Notice has been electronically mailed to:

Dori Adrianne Rose Inda   dorir@watsonvillelawcenter.org

Dori Rose Inda   dorir@watsonvillelawcenter.org

Henry W. Martin   henrym@watsonvillelawcenter.org

Jeffrey J.A. Hinrichsen   jhinrichsen@tharpe-howell.com, kleslie@tharpe-howell.com

Randall Edmans Willoughby   rew@wsblaw.net, dal@wsblaw.net, gwd@wsblaw.net, pmb@wsblaw.net

Roy Lin   rlin@scu.edu

Scott C. Maurer   smaurer@scu.edu

William Eric Kennedy   willkennedy@pacbell.net

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

2