United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**FILED**

NOV ⁻ 6 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Elizabeth Medrano, on behalf of herself and all
others similarly situated,

          Plaintiffs,

v.

Romos Auto Group, LLC,

          Defendant.

_____/

No. C08-00872JF

**Report and Recommendation on Motions
(1) For Final Approval of Class Action
Settlement and Entry of Judgment and (2)
For Award of Attorneys' Fees and Costs**

Upon a referral from Judge Jeremy Fogel, and with the consent of the parties, the

undersigned heard on November 6, 2009 motions for final approval of the class settlement and

entry of judgment and for an award of attorneys' fees and costs to plaintiffs' attorneys.

The court invited anyone who wished to object to the settlement to come forward and be

heard. No one did.

Having fully considered the moving papers, and having personally hosted the two

formal settlement conferences that culminated in the agreement to settle, the undersigned reports

as follows:

1. That proper notices were given to the class members, and no one timely opted out or

submitted objections;

2. That the settlement was an arm's length agreement hammered out by competent

counsel vigorously representing their respective client's interests;

3. That in the undersigned's opinion the settlement is fundamentally fair, adequate and

reasonable; and

United States District Court
For the Northern District of California

1    4.  That the $75,000 requested by plaintiffs' attorneys is less than their substantiated

2 lodestar amount and not more than the amount defendant agreed would not be objectionable.

3    Accordingly, the undersigned recommends that Judge Jeremy Fogel grant the motions

4 and sign the proposed order previously submitted (amended slightly to acknowledge this report

5 and recommendation).

6

7    SO RECOMMENDED.

8

9

10

11   DATED: November 6, 2009

Magistrate Judge Howard R. Lloyd

2

**United States District Court**
For the Northern District of California

1 **THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:**

2

3

4 Dori Adrianne Rose Inda    dorir@watsonvillelawcenter.org

5 Dori Rose Inda    dorir@watsonvillelawcenter.org

6 Henry W. Martin    henrym@watsonvillelawcenter.org

7 Jeffrey J.A. Hinrichsen    jhinrichsen@tharpe-howell.com, kleslie@tharpe-howell.com

8 Randall Edmans Willoughby    rew@wsblaw.net, dal@wsblaw.net, gwd@wsblaw.net, pmb@wsblaw.net

9

10 Roy Lin    rlin@scu.edu

11 Scott C. Maurer    smaurer@scu.edu

12 William Eric Kennedy    willkennedy@pacbell.net

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28