\*\*E-Filed 11/24/2009\*\*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH MEDRANO, | Case Number C 08-872 JF (RS) |
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION ON MOTIONS (1) FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND ENTRY OF JUDGMENT AND (2) FOR AWARD OF ATTORNEYS' FEES AND COSTS |
| v. | |
| ROMOS AUTO GROUP, LLC, | |
| Defendant. | |
| | [re: docket nos. 52, 58, 61] |

On November 6, 2009, Magistrate Judge Howard Lloyd filed a Report and Recommendation regarding Plaintiff's motions (1) for final approval of class action settlement and entry of judgment and (2) for attorneys' fees and costs. No objections were filed within the time provided under Federal Rule of Civil Procedure 72(b).

The Court has reviewed Judge Lloyd's recommendation as well as the record in this case in conformity with 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72(b), and Civil Local Rule 72-3. The Court concurs with and adopts in its entirety the Report and Recommendation of Judge Lloyd.

1  The Court has signed the proposed order submitted by Plaintiff, as modified by the Court.

2  IT IS SO ORDERED.

8  DATED: 11/24/2009

_____
JEREMY FOGEL
United States District Judge